UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CRAIG L. DAVIS and YVONNE M. DAVIS,

    Plaintiffs,

v.                                      Case No.:   2:19-cv-780-SPC-NPM

LITTLE GIANT LADDER SYSTEMS, LLC,

    Defendant.
_____/

## **ORDER**[1]

Before the Court is a review of the case following a status conference held on April 4, 2022. As discussed on the record, the parties believe a settlement conference with a United States Magistrate Judge may be helpful to resolve this case. The Court does too.

Accordingly, it is now

**ORDERED:**

1. This case is **REFERRED** to United States Magistrate Judge Douglas Frazier to conduct a settlement conference and issue any appropriate

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

order. All parties must attend the settlement conference as directed by Judge Frazier.

2. The parties must **CONTACT** Judge Frazier's Chambers, **on or before April 19, 2022**, to schedule a mutually agreeable time for the settlement conference.

3. The Clerk is **DIRECTED** to add Judge Frazier to the docket for settlement purposes only.

**DONE** and **ORDERED** in Fort Myers, Florida on April 14, 2022.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record