UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CRAIG L. DAVIS and YVONNE M. DAVIS,

    Plaintiffs,

v.                    Case No.:   2:19-cv-780-SPC-NPM

LITTLE GIANT LADDER SYSTEMS, LLC,

    Defendant.
_____/

**ORDER**[1]

Before the Court is a liberally construed oral motion to bring ladders into the Courthouse. At the Final Pretrial Conference today, both parties indicted they would like to use ladder(s) during trial. As stated on the record, the Court grants their request.

Accordingly, it is now

**ORDERED:**

The parties may bring one or more ladders into the Courthouse during this trial. At least one attorney of record must accompany the ladder(s) as they pass through security. The attorneys of record follow: Douglas Brett Turnbull;

---

[1] Disclaimer: Papers hyperlinked to CM/ECF may be subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or their services or products, nor does it have any agreements with them. The Court is not responsible for a hyperlink's functionality, and a failed hyperlink does not affect this Order.

Drew Edgar Haskins, IV; Thomas F. Friedberg; Kyle Ryan Jackson, Sr.; L. Robert Bourgeois; Jesse Thomas Gubernat; Paul B. Junius; Petra L. Justice.

**DONE** and **ORDERED** in Fort Myers, Florida on September 6, 2022.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record